UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/20/2026 __

KAI HUNTE,

                           **Plaintiff,**

         -against-

RED DROP LLC, et al.,

                        **Defendants.**

------------------------------------------------------------------X

26-CV-01030 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed his Complaint on February 6, 2026, and electronic summonses were issued on February 9, 2026. See ECF Nos. 1, 5, 6. To date, Defendants have not appeared in this action. Plaintiff is ORDERED to file a letter by Friday, May 29, 2026, indicating whether Plaintiff has served Defendants, whether Plaintiff has had any contact with Defendants regarding their response to the Complaint, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      May 20, 2026
              New York, New York